[No. 20111-2-III.   Division Three.   June 20, 2002.]

DESIREE NAGYFY, *Appellant*, v. SPOKANE HARDWARE SUPPLY, INC., *Respondent.*

STEPHEN J. NORTHROP, *Respondent*, v. AVM CORPORATION, *Defendant.*

STEPHEN J. NORTHROP, *Respondent*, v. DESIREE J. NAGYFY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-07600-0, Paul A. Bastine, J., entered March 21, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 20516-9-III.   Division Three.   June 20, 2002.]

DONNA ELLISON, *Appellant*, v. PROCESS SYSTEMS INCORPORATED CONSTRUCTION COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 98-2-00927-2, Evan E. Sperline, J., entered August 31, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Schultheis, J. Now published at 112 Wn. App. 636.

[No. 26037-9-II.   Division Two.   June 21, 2002.]

EILEEN A. (BEUTLER) GRAVES, *Appellant*, v. FRANK W. BEUTLER, ET AL., *as Personal Representatives, Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 99-2-00237-0, George L. Wood, J., entered May 9, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Houghton, JJ.